UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY BRAEUTIGAM, | Case No. 2:23-cv-06093-SVW-SSC |
| Plaintiff, | **ORDER TO STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Pursuant to stipulation, IT IS HEREBY ORDERED that as to Defendant Equifax Information Services LLC ("Equifax"), the above captioned action and all claims asserted therein are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The Parties shall each bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 15, 2023

_____
HON. Stephen V. Wilson
United States District Judge

1

[PROPOSED] ORDER

305157442v.1 / 060372-005098